NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

## ON MOTION

---

## ORDER

Appellant moved for "enforcement of the Board's judgment." The United States moves for a ten-day extension of time, until January 13, 2012, to file a response and submits a response opposing the appellant's motion.

To the extent the appellant is arguing the merits of his case those arguments belong in the briefs.

Accordingly,

IT IS ORDERED THAT:

(1) The United States' motion for an extension of time is granted.

(2) The motion for "enforcement of the Board's judgment" is denied.

FOR THE COURT

FEB 07 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Yaw Akuoko, Esq.
     David F. D'Alessandris, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 07 2012

JAN HORBALY
CLERK